# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN KLEIN, | NO. SACV 17-0530-DSF (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEAN BORDERS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 10/10/17 .

*Dale S. Fischer*

———————————————
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE